IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISANGANI ASUNCION,

          Plaintiff,

         v.

CHASE BANK USA, N.A., et al.,

          Defendant.

NO. C12-02505 TEH

ORDER DENYING AS MOOT MOTION TO DISMISS AND VACATING HEARING

On May 23, 2012, Defendant Chase Bank filed a motion to dismiss, and a hearing on the motion was set for July 2, 2012. On June 11, 2012, Plaintiff Isangani Asuncion filed an amended complaint. In light of the filing of the amended complaint, the pending motion to dismiss is DENIED AS MOOT, though Defendants may, of course, timely file renewed motions regarding the amended complaint. The July 2, 2012 hearing is hereby VACATED.

**IT IS SO ORDERED.**

Dated: 6/20/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT