IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISANGANI ASUNCION,

              Plaintiff,

              v.

CHASE BANK USA, N.A., et al.,

              Defendant.

NO. C12-02505 TEH

ORDER REGARDING SUBMISSION OF REDACTED DOCUMENT

      On June 25, 2012, Plaintiff filed a motion requesting that access to the Notice of Removal in this case be restricted, in order to remedy the improper inclusion of private information on the Notice of Removal. It would, however, be inappropriate for the Court to restrict access to this docket entry entirely, and therefore the motion is DENIED. However, the Court understands the need for accommodation and protection of private information, and therefore Plaintiff is directed to re-file the Notice of Removal, with the protected information redacted from the document. Upon re-filing, the Clerk shall seal the original Notice of Removal.

**IT IS SO ORDERED.**

Dated: 7/18/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT