GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ISANGANI ASUNCION,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>    Defendants. | CASE NO. 3:12-CV-02505-TEH<br><br>**STIPULATED REQUEST FOR DISMISSAL AND** ~~PROPOSED~~ **ORDER** |

//
//
//
//
//
//
//
//
//
//
//

- 1 -

STIPULATED REQUEST FOR DISMISSAL AND PROPOSED ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Isangani Asuncion and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 22, 2012          ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ George G. Weickhardt
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: October 22, 2012          SAGARIA LAW, P.C.

By: /s/ Elliot Gale
SCOTT J. SAGARIA
ELLIOT W. GALE
Attorneys for Plaintiff
ISANGANI ASUNCION

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/22/2012

UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson

- 2 -          STIPULATED REQUEST FOR DISMISSAL AND PROPOSED ORDER