1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY, PC
   201 Spear Street, Suite 1000
3  San Francisco, CA  94105-1667
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@rmkb.com
5                wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A.
7

8               UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10

11 ISANGANI ASUNCION,                    CASE NO.  3:12-CV-02505-TEH

12          Plaintiff,                   **STIPULATED REQUEST FOR
                                         DISMISSAL AND** ~~PROPOSED~~ **ORDER**
13     v.

14 CHASE BANK USA, NATIONAL
   ASSOCIATION an FDIC insured
15 corporation and DOES 1 through 100
   inclusive,
16
            Defendants.
17

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 1 -    STIPULATED REQUEST FOR DISMISSAL AND
         PROPOSED ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Isangani Asuncion and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 22, 2012         ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ George G. Weickhardt
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: October 22, 2012         SAGARIA LAW, P.C.

By: /s/ Elliot Gale
SCOTT J. SAGARIA
ELLIOT W. GALE
Attorneys for Plaintiff
ISANGANI ASUNCION

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/22/2012

_____
UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson

- 2 -                     STIPULATED REQUEST FOR DISMISSAL AND PROPOSED ORDER